IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>　　　　　　　Defendants. | C.A. No. _____ |

## PLAINTIFF MERZ PHARMACEUTICALS GMBH RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Merz Pharmaceuticals GmbH (a nongovernmental corporate party) makes the following disclosure statement:

**I.　PARENT CORPORATIONS**

The parent corporation of Merz Pharmaceuticals GmbH is Merz Pharma GmbH & Co. KGaA. The parent corporation of Merz Pharma GmbH & Co. KGaA is Merz GmbH & Co. KGaA.

II.     **PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

As of January 25, 2008, no publicly held corporation owns 10% or more of Merz Pharmaceuticals GmbH's stock.

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Maryellen Noreika*

                                          Jack B. Blumenfeld (# 1014)
                                          Maryellen Noreika (#3208)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE 19899-1347
                                          (302) 658-9200
                                          jblumenfeld@mnat.com
                                          mnoreika@mnat.com

*Of Counsel:*                                 *Attorneys for Plaintiffs*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

January 25, 2008

2