AO 440 (Rev. 3/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Forest Laboratories, Inc., et al.,

                    Plaintiffs,                    **SUMMONS IN A CIVIL CASE**

          V.

Dr. Reddy's Laboratories, Inc., et al.,

                                        CASE NUMBER: 0 8 - 5 2  ̶  ̶
                    Defendants.


TO: (Name and address of Defendant)
        Ranbaxy Inc.
        c/o The Prentice-Hall Corporation System, Inc.
        2711 Centerville Road
        Suite 400
        Wilmington, DE  19808

   **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
        Jack B. Blumenfeld
        Maryellen Noreika
        Morris, Nichols, Arsht & Tunnell LLP
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899


an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO

_____                    JAN 2 5 2008
CLERK                                        _____
                                             DATE

_____
(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 29, 2008 |

| NAME OF SERVER *(PRINT)*  ANDREW C. THOMPSON | TITLE  Messenger |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  By hand delivering a copy of the summons and complaint to
   Ranbaxy Inc. c/o The Prentice-Hall Corporation System, Inc.,
   2711 Centerville Road, Suite 400, Wilmington, DE 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Jan 29, 2008                    Andrew C. Thompson
                    Date                              *Signature of Server*
                                              800 King Street
                                              Suite 102
                                              Wilmington, DE  19801
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.