AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

Forest Laboratories, Inc., et al.,

                        Plaintiffs,                    **SUMMONS IN A CIVIL CASE**

            V.

Dr. Reddy's Laboratories, Inc., et al., CASE NUMBER:    ` 0 8 ⁻ 5 2 ⁻ ᵃ`

                        Defendants.

TO: (Name and address of Defendant)
     Mylan Pharmaceuticals Inc.
     c/o Secretary of State
     Division of Corporations
     John G. Townsend Building
     401 Federal Street - Suite 4
     Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
     Jack B. Blumenfeld
     Maryellen Noreika
     Morris, Nichols, Arsht & Tunnell LLP
     1201 North Market Street
     P.O. Box 1347
     Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAN 2 5 2008

CLERK _____          DATE _____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>January 29, 2008 |
| NAME OF SERVER *(PRINT)*<br>MARK MESSINA | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☒ Other (specify): By hand delivering a copy of the summons and complaint to
Mylan Pharmaceuticals Inc. c/o Delaware Secretary of State,
Division of Corporations, John G. Townsend Building, 401 Federal
Street - Suite 4, Dover, DE  19901 pursuant to 10 Del. C. § 3104

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-29-08       _____
              Date             *Signature of Server*

                         800 King Street
                         Suite 102
                         Wilmington, DE  19801
                         *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.