IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED), <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 08-52 (GMS) |

## <u>DECLARATION OF MAILING</u>

Maryellen Noreika. declares as follows:

1.     I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2.     Defendant Kendle International Inc. ("Kendle") is an Ohio corporation, and an agent of Defendant Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited), having a principal place of business at 441 Vine Street, Cincinnati, Ohio 45202.

3.    The Summons and Complaint in this action were served on defendant Kendle on January 29, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00.  A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on January 31, 2008.

4.    On January 31, 2008, copies of the Summons and Complaint were sent by registered mail to Kendle International Inc., 441 Vine Street, Cincinnati, OH  45202, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Kendle personally within this state.  *See* Exhibit A.

5.    The registered mail return receipt that I received on February 7, 2008, shows that Kendle received and accepted the Summons, Complaint and notice.  *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Maryellen Noreika (#3208)

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 31, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Kendle International Inc.
441 Vine Street
Cincinnati, OH  45202

        Re:    Service of Process
              *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
              C.A. No. 08-052

To Whom It May Concern:

        Enclosed are copies of the Summons, Complaint for patent infringement against Kendle International Inc., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements in this action, which were served on the Delaware Secretary of State on January 29, 2008, pursuant to 10 *Del. C* § 3104(d).  Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Kendle International Inc. personally within the State of Delaware.

        Sincerely,

Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

Registered No. *RA 64 310 131 US*

| | | |
|---|---|---|
| Reg. Fee *9.50* | | Date Stamp |
| Handling Charge | Return Receipt *2.15* | PHILA PA 19104 #32 M.O.F.H. |
| Postage *2.16* | Restricted Delivery | JAN 31 2008 |
| Received by *RMATS* | | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☑ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

## OFFICIAL USE

**FROM** MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

**TO** Kendle International
441 Vine Street
Cincinnati OH 45202

PS Form **3806**,    **Receipt for Registered Mail**    *Copy 1 - Customer*
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com ®*

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Dana R Magly*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *Dana R Magly*   C. Date of Delivery *2-4-08* |
| 1. Article Addressed to:<br>Kendle International<br>441 Vine Street<br>Cincinnati OH<br>45202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) *RA 64 310 131 US*   MN | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |