IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>Defendants. | C.A. No. 08-52 (GMS) |

## DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

1. I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2. Defendant Genpharm, L.P. ("Genpharm") is a New York entity, and the subsidiary and agent of Genpharm, Inc., having a principal place of business at 150 Motor Parkway, Hauppauge, New York 11788.

3. The Summons and Complaint in this action were served on defendant Genpharm on January 29, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware

Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on January 31, 2008.

4. On January 31, 2008, copies of the Summons and Complaint were sent by registered mail to Genpharm, L.P., 150 Motor Parkway, Hauppauge, NY 11788, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Genpharm personally within this state. *See* Exhibit A.

5. The registered mail return receipt that I received on February 7, 2008, shows that Genpharm received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Maryellen Noreika (#3208)

# EXHIBIT A

## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

MARYELLEN NOREIKA
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 31, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Genpharm, L.P.
150 Motor Parkway
Hauppauge, NY 11788

        Re:    Service of Process
                *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
                C.A. No. 08-052

To Whom It May Concern:

        Enclosed are copies of the Summons, Complaint for patent infringement against Genpharm, L.P., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements in this action, which were served on the Delaware Secretary of State on January 29, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Genpharm, L.P. personally within the State of Delaware.

                                              Sincerely,

                                              Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

Registered No. RA14 310 105US

Reg. Fee: 9.50
Handling Charge:
Postage: 2.16
Return Receipt: 2.15
Restricted Delivery:
Received by: [signature]
Customer Must Declare Full Value $ 0
☐ With Postal Insurance
☒ Without Postal Insurance

Date Stamp: JAN 31 2008 USPS

Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

TO: Genpharm, LP
150 Motor Parkway
Hauppauge NY 11788

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Genpharm, LP
150 Motor Parkway
Hauppauge NY
11788

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] McBurn
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): RA14 310 105US    MN

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540