IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED), <br><br> Defendants. | C.A. No. 08-52 (GMS) |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which Defendants Interpharm Holdings, Inc. and Interpharm, Inc. (collectively "Interpharm") must move, answer or otherwise respond to the Complaint is extended through and including March 21, 2008. The extension is requested to allow Interpharm additional time to investigate the allegations of the Complaint and to give the parties an opportunity to discuss resolution of this matter. In addition, Interpharm has agreed not to challenge jurisdiction in Delaware in connection with this action.

Interpharm has received no prior extensions of time in connection with responding to the Complaint and the requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in place at this time.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Maryellen Noreika* | /s/ *Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 North Market Street – 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.* |

SO ORDERED this _____ day of February, 2008.

_____
United States District Court Judge