IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>Defendants. | C.A. No. 08-52 (GMS) |

## DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

1. I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2. Defendant Mylan Pharmaceuticals Inc. ("Mylan") is a West Virginia corporation having a principal place of business at 781 Chestnut Ridge Road, Morgantown, West Virginia 26504.

3. The Summons and Complaint in this action were served on defendant Mylan on January 29, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware

Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on January 31, 2008.

    4.    On January 31, 2008, copies of the Summons and Complaint were sent by registered mail to Myaln Pharmaceuticals Inc., 781 Chestnut Ridge Road, Morgantown, WV 26504, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Mylan personally within this state. *See* Exhibit A.

    5.    The registered mail return receipt that I received on February 13, 2008, shows that Mylan received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Maryellen Noreika (#3208)

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 13, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE 19801
*Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

/s/ *Maryellen Noreika*
_____
Maryellen Noreika (#3208)

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 31, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mylan Pharmaceuticals Inc.
781 Chestnut Ridge Road
Morgantown, WV  26504

      Re:   Service of Process
              *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
              C.A. No. 08-052

To Whom It May Concern:

      Enclosed are copies of the Summons, Complaint for patent infringement against Mylan Pharmaceuticals Inc., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements in this action, which were served on the Delaware Secretary of State on January 29, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Mylan Pharmaceuticals Inc. personally within the State of Delaware.

                                        Sincerely,

                                        Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

Registered No. RA 614 310 128 US

Reg. Fee $1.30
Handling Charge
Return Receipt 2.15
Postage 2.16
Restricted Delivery
Received by [signature]

To Be Completed By Post Office

Date Stamp
PHILA PA 19104
#32 M.O.F.W.
JAN 31 2008
Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse) USPS

Customer Must Declare Full Value $
☐ With Postal Insurance
☒ Without Postal Insurance

OFFICIAL USE

FROM: MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

TO: Mylan Pharmaceuticals
781 Chestnut Ridge Road
Morgantown WV 26504

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mylan Pharm
781 Chestnut Ridge Rd
Morgantown
WV 26504

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)
Sam Fennell

C. Date of Delivery
2/6/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[stamp: MORGANTOWN WV 26504 FEB 6 2008 BRANCH]

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
RA 614 310 128 US

MN

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540