IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>Defendants. | C.A. No. 08-52 (GMS) |

### DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

1. I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2. Defendant Sun India Pharmaceutical Industries Limited ("Sun India") (a/k/a Sun Pharmaceutical Industries Limited) is an Indian corporation having a principal place of business at Acme Plaza, Andheri Kurla Road, Andheri (East), Mumbai, Maharashtra 400 059, India

3. Pursuant to Sun India's December 20, 2007 Notice of Paragraph IV Certification letter, James F. Hurst, Esquire is an agent in the United States authorized to accept service on behalf of Sun India.

4. The Summons and Complaint in this action were served on defendant Sun India on January 29, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on January 31, 2008.

5. On January 31, 2008, copies of the Summons and Complaint were sent by registered mail to Sun India Pharmaceutical Industries Limited, c/o James F. Hurst, Esquire, Winston & Strawn, 35 West Wacker Drive, Chicago, IL 60601, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Sun India personally within this state. *See* Exhibit A.

6. The registered mail return receipt that I received on February 18, 2008, shows that Sun India received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Maryellen Noreika (#3208)

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 20, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |

William Zimmerman, Esquire  *VIA ELECTRONIC MAIL*
Knobbe Martens Olson & Bear LLP
2040 Main Street
14th Floor
Irvine, CA 92614-3641
*Attorneys for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Jeffrey A. Hovden, Esquire  *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
*Attorneys for Genpharm, L.P., Genpharm Inc.*
*and Mylan Pharmaceuticals Inc.*

/s/ Maryellen Noreika
Maryellen Noreika (#3208)

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 31, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Sun India Pharmaceutical Industries Limited
c/o James F. Hurst, Esquire
Wintson & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

      Re:    Service of Process
             *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
             C.A. No. 08-052

Dear Mr. Hurst:

        Pursuant to Sun India Pharmaceutical Industries Limited's designation of you as a person authorized to accept service of process in its December 20, 2007 paragraph IV certification letter, enclosed are copies of the Summons, Complaint for patent infringement, Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements. These documents were also served on the Delaware Secretary of State on January 29, 2008 pursuant to 10 *Del. C.* § 3104(d).

                               Sincerely,

                               /s/ Maryellen Noreika

                               Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

| Registered No. RA 614 310 145 US | Date Stamp PHILA PA 19104 #32 M.O.F.W. JAN 31 2008 |
|---|---|
| Reg. Fee 9.50 | |
| Handling Charge | Return Receipt 2.15 |
| Postage 2.16 | Restricted Delivery |
| Received by V. White | |
| Customer Must Declare Full Value $ 0 | ☐ With Postal Insurance  ☑ Without Postal Insurance |

Domestic Insurance up to $[...] included in the fee. International indemnity is limited. (See Reverse.)

OFFICIAL USE

FROM:
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

TO:
Sun India Pharm
c/o James F Hurst, Esq.
35 West Wacker Drive
Chicago IL 60601

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sun India Pharm
c/o James Hurst
Winston & Strawn
35 W. Wacker Drive
Chicago IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Braton    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 2-12-08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

FEB 12 2008

3. Service Type
☐ Certified Mail    ☐ Express Mail
☑ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 614 310 145 US    MN

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540