## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC.,                          )
FOREST LABORATORIES HOLDINGS LTD.,                  )
MERZ PHARMA GMBH & CO. KGAA, and                    )
MERZ PHARMACEUTICALS GMBH,                          )
                                                    )
                    Plaintiffs,                     )
                                                    )
            v.                                      )        C.A. No. 08-52 (GMS)
                                                    )
DR. REDDY'S LABORATORIES, INC.,                     )
DR. REDDY'S LABORATORIES LIMITED,                   )
GENPHARM INC., GENPHARM, L.P.,                      )
INTERPHARM HOLDINGS, INC.,                          )
INTERPHARM, INC., MYLAN                             )
PHARMACEUTICALS INC., RANBAXY INC.,                 )
RANBAXY LABORATORIES LIMITED,                       )
KENDLE INTERNATIONAL INC., and                      )
SUN INDIA PHARMACEUTICAL                            )
INDUSTRIES LIMITED (a/k/a SUN                       )
PHARMACEUTICALS INDUSTRIES LTD.),                   )
SYNTHON HOLDINGS B.V.,                              )
SYNTHON LABORATORIES, INC. and                      )
SYNTHON PHARMACEUTICALS, INC.                       )
                                                    )
                    Defendants.                     )
                                                    )

## STIPULATION REGARDING DISMISSAL OF KENDLE INTERNATIONAL INC.

WHEREAS, Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH ("Plaintiffs") filed the above-captioned lawsuit against, among other parties, Sun Pharmaceutical Industries Ltd. ("Sun") and Kendle International Inc. ("Kendle") concerning United States Patent No. 5,061,703 ("Delaware Lawsuit");

WHEREAS, Plaintiffs filed a related lawsuit against Sun in the U.S. District Court for the Northern District of Illinois, No. 1:08-cv-00749 ("Illinois Lawsuit");

WHEREAS, Plaintiffs filed a related lawsuit against Kendle in the U.S. District Court for the Southern District of Ohio, No. 1:08-cv-78 ("Ohio Lawsuit");

WHEREAS, Sun and Kendle represent (a) that Sun is the sole party that submitted Abbreviated New Drug Application ("ANDA") No. 90-058 to the U.S. Food and Drug Administration ("FDA") for purposes of Plaintiffs' claim under 35 U.S.C. § 271(e)(2)(A); (b) that Kendle filed Sun's ANDA No. 90-058 with the FDA solely in its capacity as an agent of Sun; and (c) that Kendle is not otherwise named in Sun's ANDA, or its related papers;

WHEREAS, Plaintiffs, Sun and Kendle wish to resolve the Illinois and Ohio Lawsuits and dismiss Kendle from the Delaware Lawsuit in return for Sun's agreement to consent to personal jurisdiction in the Delaware Lawsuit;

NOW, THEREFORE, Plaintiffs, Sun and Kendle hereby stipulate and agree as follows:

1.       Sun will not contest service of process in this matter and agrees not to challenge the Court's exercise of personal jurisdiction over it in the Delaware Lawsuit without prejudice to Sun's right to challenge the Court's exercise of personal jurisdiction over it in future matters.

2.       Kendle will not import, launch, manufacture, offer for sale, sell, or otherwise market a generic memantine product in the United States.

3.       Within five business days of execution of this stipulation, Plaintiffs will dismiss without prejudice (a) the Illinois Lawsuit and (b) the Ohio Lawsuit. Plaintiffs will also dismiss Kendle as a party to the Delaware Lawsuit without prejudice.

4.       Plaintiffs agree not to bring an action on ANDA No. 90-058 against Sun anywhere other than the District of Delaware unless this lawsuit against Sun is dismissed on procedural grounds or transferred.

Dated:  February 25, 2008


  /s/ Maryellen Noreika                                     /s/ John M. Seaman
Jack B. Blumenfeld (# 1014)                       Kevin G. Abrams (# 2375)
Maryellen Noreika (# 3208)                         John M. Seaman (# 3868)
1201 North Market Street                            ABRAMS & LASTER LLP
P.O. Box 1347                                              20 Montchanin Road
Wilmington, DE 19899-1347                        Suite 200
Telephone: (302) 658-9200                          Wilmington, DE 19807
Facsimile: (302) 658-3989                            Telephone: (302) 778-1002
jblumenfeld@mnat.com                                Facsimile: (302) 778-1001
mnoreika@mnat.com                                    abrams@abramslaster.com
                                                                  seaman@abramslaster.com

*Attorneys for Plaintiffs*

                                                                  *Attorneys for Defendant*
                                                                  *Sun India Pharmaceutical Industries Ltd. (ak/a*
                                                                  *Sun Pharmaceutical Industries Ltd.)*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Of Counsel:*

Charles B. Klein
Jay L. Levine
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC  20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
cklein@winston.com
jlevine@winston.com

Stacey Heiser
Jason H. Staples
Kendle International Inc.
Kendle Corporate Counsel
1200 Carew Tower
44 Vine Street
Cincinnati, OH  45202
Telephone: 513-763-1932
Facsimile: 513-562-1746
heiser.staceym@kendle.com
staples.jasonh@kendle.com

*Attorneys for Defendant*
*Kendle International Inc.*