IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED), <br><br> Defendants. | C.A. No. 08-52 (GMS) |

## STIPULATION

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which Defendant Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited) ("Sun") must move, answer or otherwise respond to the amended Complaint is extended through and including March 15, 2008. The extension is requested to allow Sun additional time to investigate the allegations of the Complaint.

{A&L-00056064-}

Sun has not received any prior extensions of time in connection with responding to the Complaint and the requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in place at this time.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ABRAMS & LASTER LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ John M. Seaman |
| Jack B. Blumenfeld (#1014) | Kevin G. Abrams (#2375) |
| Maryellen Noreika (#3208) | John M. Seaman (#3868) |
| 1201 North Market Street | 20 Montchanin Road, Suite 200 |
| P.O. Box 1347 | Wilmington, DE 19807 |
| Wilmington, DE 19899-1347 | (302) 778-1000 |
| (302) 658-9200 | abrams@abramslaster.com |
| jblumenfeld@mnat.com | seaman@abramslaster.com |
| mnoreika@mnat.com | |
| | *Attorneys for Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* |
| *Attorneys for Plaintiffs* | |

Dated: February 25, 2008

SO ORDERED this _____ day of February, 2008.

_____
United States District Court Judge