IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>　　　　　　Defendants. | C.A. No. 08-52 (GMS) |

## DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

1. I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2. Defendant Genpharm Inc. ("Genpharm") is a Canadian corporation having a principal place of business at 85 Advance Road, Etobicoke, Ontario M8Z 2S6, Canada.

3. The Summons and Complaint in this action were served on defendant Genpharm on January 29, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware

Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on January 31, 2008.

4. On January 31, 2008, copies of the Summons and Complaint were sent by registered mail to Genpharm Inc., 85 Advance Road, Etobicoke, Ontario, M8Z 2S6, Canada, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Genpharm personally within this state. *See* Exhibit A.

5. The registered mail return receipt that I received on February 25, 2008, shows that Genpharm received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 26, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.* | *VIA ELECTRONIC MAIL* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |

William Zimmerman, Esquire  *VIA ELECTRONIC MAIL*
Knobbe Martens Olson & Bear LLP
2040 Main Street
14th Floor
Irvine, CA 92614-3641
*Attorneys for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Jeffrey A. Hovden, Esquire  *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
*Attorneys for Genpharm, L.P., Genpharm Inc.*
*and Mylan Pharmaceuticals Inc.*

/s/ *Maryellen Noreika*
_____
Maryellen Noreika (#3208)

# EXHIBIT A

## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

MARYELLEN NOREIKA
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 31, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Genpharm Inc.
85 Advance Road
Etobicoke, Ontario
M8Z 2S6, Canada

    Re: Service of Process
       *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
       C.A. No. 08-052

To Whom It May Concern:

   Enclosed are copies of the Summons, Complaint for patent infringement against Genpharm Inc., Notice of Availability of a United States Magistrate Judge and Plaintiffs' Fed. R. Civ. P. 7.1 Statements in this action, which were served on the Delaware Secretary of State on January 29, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Genpharm Inc. personally within the State of Delaware.

                 Sincerely,

                  Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

