IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>            Plaintiffs,<br><br>            v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., and SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED),<br><br>            Defendants. | C.A. No. 08-52 (GMS) |

**NOTICE OF VOLUNTARY DISMISSAL OF KENDLE INTERNATIONAL INC.**

To:    Clerk of the Court

        PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., through their undersigned counsel, hereby dismiss, without prejudice, their claims against defendant Kendle International Inc. ("Kendle") in the above-captioned matter. This voluntary dismissal without prejudice against Kendle does not act as a dismissal of or otherwise limit in any way Plaintiffs' claims against defendants Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Limited, Genpharm Inc., Genpharm, L.P., Interpharm Holdings, Inc., Interpharm, Inc., Mylan Pharmaceuticals Inc., Ranbaxy Inc., Ranbaxy Laboratories Limited, Sun

India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Ltd.), Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc., and Synthon Pharmaceuticals, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 326-3939

Dated: February 28, 2008
1703874

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on February 28, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE  19801<br>*Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE  19807<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ  07078-2703<br>*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |

William Zimmerman, Esquire                                              *VIA ELECTRONIC MAIL*
Knobbe Martens Olson & Bear LLP
2040 Main Street
14th Floor
Irvine, CA  92614-3641
*Attorneys for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Jeffrey A. Hovden, Esquire                                              *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151
*Attorneys for Genpharm, L.P., Genpharm Inc.*
*and Mylan Pharmaceuticals Inc.*

                                                            */s/ James W. Parrett, Jr. (#4292)*
                                                            _____
                                                            James W. Parrett, Jr. (#4292)