## IN THE UNITED STATES DISRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC. FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, AND MERZ PHARMACEUTICALS GMBH, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 08-52 (GMS) |
| DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., AND SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (A/K/A SUN PHARMACEUTICAL INDUSTRIES LIMITED), | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED and agreed by and among the parties hereto, and subject to the approval of the Court, that the time within which Defendants Genpharm Inc., Genpharm, L.P., and Mylan Pharmaceuticals ("Defendants") must move, or otherwise respond to the amended Complaint is extended through and including April 7, 2008. The extension is requested to allow Defendants additional time to investigate the allegations of the Complaint.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BALICK & BALICK, LLC |
|---|---|
|     */s/ Jack B. Blumenfeld* |     */s/ Joseph S. Naylor* |
| Jack B. Blumenfeld (#1014) | Adam Balick (#2718) |
| Maryellen Noreika (#3208) | Joseph S. Naylor (#3886) |
| 1201 North Market Street | 711 King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 658-4265 |
| (302) 658-9200 | abalick@balick.com |
| jblumenfeld@mnat.com | jnaylor@balick.com |
| mnoreika@mnat.com | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | *Genpharm Inc., Genpharm, L.P., and Mylan Pharmaceuticals* |

Dated: March 6, 2008

SO ORDERED this _____ day of March, 2008.

_____
    United States District Court Judge