**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 08-52 (GMS) |

## DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

1.      I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

2.      Defendant Synthon Pharmaceuticals, Inc. ("Synthon Pharma") is a North Carolina corporation having a principal place of business at 9000 Development Drive, P.O. Box 110487, Research Triangle Park, North Carolina 27709.

3.     The Summons and Complaint in this action were served on defendant Synthon Pharma on February 20, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on February 21, 2008.

4.     On February 21, 2008, copies of the Summons and Complaint were sent by registered mail to Synthon Pharmaceuticals, Inc., 9000 Development Drive, P.O. Box 110487, Research Triangle Park, NC  27709, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Synthon Pharma personally within this state. *See* Exhibit A.

5.     The registered mail return receipt that I received on March 4, 2008, shows that Synthon Pharma received and accepted the Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Maryellen Noreika*

Maryellen Noreika (#3208)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> John M. Seaman, Esquire
> Kevin G. Abrams, Esquire
> ABRAMS & LASTER LLP

I further certify that I caused to be served copies of the foregoing document on

March 11, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc. and*<br>*Interpharm, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and*<br>*Sun India Pharmaceutical Industries Limited*<br>*(a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and*<br>*Sun India Pharmaceutical Industries Limited*<br>*(a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |

Louis H. Weinstein, Esquire                                    *VIA ELECTRONIC MAIL*
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078-2703
*Attorney for Dr. Reddy's Laboratories, Inc.*
*and Dr. Reddy's Laboratories Limited*

William Zimmerman, Esquire                                    *VIA ELECTRONIC MAIL*
Knobbe Martens Olson & Bear LLP
2040 Main Street
14th Floor
Irvine, CA  92614-3641
*Attorneys for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Jeffrey A. Hovden, Esquire                                    *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151
*Attorneys for Genpharm, L.P., Genpharm Inc.*
*and Mylan Pharmaceuticals Inc.*


                                                    */s/ Maryellen Noreika*
                                                    _____

                                                    Maryellen Noreika (#3208)

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

February 21, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Synthon Pharmaceuticals, Inc.
9000 Development Drive
P.O. Box 110487
Research Triangle Park, NC 27709

Re:    Service of Process
*Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
C.A. No. 08-052 (GMS)

Dear Sir / Madam:

Enclosed are copies of the Summons and Amended Complaint for patent infringement against Synthon Pharmaceuticals, Inc., which were served on the Delaware Secretary of State on February 20, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Synthon Pharmaceuticals, Inc. personally within the State of Delaware.

Sincerely,

Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

Registered No. RA 311 802 187 US

**Date Stamp**

WILMINGTON DE 19801
0501
04
FEB 21 2008

| | | |
|---|---|---|
| Reg. Fee $ 9.50 | Special Delivery $ | |
| Handling Charge $0.00 | Return Receipt $ 2.15 | |
| Postage $ 2.16 | Restricted Delivery $0.00 | |

Received by

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

WILMINGTON DE 19801
RODNEY SQUARE STATION USPS

**To Be Completed By Post Office**

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

MN

TO

Synthon Pharm
9000 Development Drive
Durham NC 27709 9497
Research Triangle Park NC
27709

**PS Form 3806, June 2000**    **Receipt for Registered Mail**    (Customer Copy) (See Information on Reverse)

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Mark Robister                      27 Feb 08

1. Article Addressed to:

Synthon Pharm
9000 Development
Drive
Research Triangle
Park NC 27709

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
RA 311 802 187 US    MN

**PS Form 3811, February 2004**    Domestic Return Receipt    102595-02-M-1540