IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>               Plaintiffs,<br><br>     v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.,<br><br>               Defendants. | C.A.No.08-052 (GMS) |

**PLAINTIFFS' RESPONSE TO DEFENDANT
SYNTHON'S MOTION FOR EXTENSION OF TIME**

Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively "Plaintiffs") submit this response to the Motion for Extension of Time (D.I. 46) by defendants Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc., and Synthon Pharmaceuticals, Inc. (collectively "Synthon").

In its Motion for Extension of Time, filed on March 11, 2008, Synthon represented to the Court that it sought an extension of its time to answer on the grounds that, *inter alia*, "the Synthon entities need additional time to investigate the issue of whether this District has personal jurisdiction over the Synthon entities." (D.I. 46 at 2 & ¶ 6.) However, only one day later, on March 12, 2008, Synthon filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3) and 12(b)(5), or, in the Alternative, to Transfer ("Motion to Dismiss," D.I. 47). In the brief accompanying that motion (D.I. 48), Synthon asserted that "[t]his Court does not have personal jurisdiction over the Synthon Entities under either a general jurisdiction or a specific jurisdiction theory." (D.I. 48 at 3.)

Pursuant to Rule 12(a)(4)(A), Fed. R. Civ. P., Synthon's Motion to Dismiss will toll Synthon's time to answer the Amended Complaint until the Court renders its decision on that motion. Therefore, as Synthon's Motion for an Extension of Time has been effectively mooted by its subsequent filing of a Motion to Dismiss, Plaintiffs will not oppose Synthon's Motion for Extension of Time.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

2

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

March 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP

I further certify that I caused to be served copies of the foregoing document on March 14, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |

Louis H. Weinstein, Esquire                                    *VIA ELECTRONIC MAIL*
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorney for Dr. Reddy's Laboratories, Inc.*
*and Dr. Reddy's Laboratories Limited*

William Zimmerman, Esquire                                    *VIA ELECTRONIC MAIL*
Knobbe Martens Olson & Bear LLP
2040 Main Street
14th Floor
Irvine, CA 92614-3641
*Attorneys for Ranbaxy Inc. and Ranbaxy*
*Laboratories Limited*

Jeffrey A. Hovden, Esquire                                    *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
*Attorneys for Genpharm, L.P., Genpharm Inc.*
*and Mylan Pharmaceuticals Inc.*

/s/ *Maryellen Noreika*
_____
Maryellen Noreika (#3208)