IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.,<br><br>    Defendants. | C.A. No. 08-52 (GMS) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of F. Dominic Cerrito, Daniel L. Malone and Eric C. Stops of JONES DAY 222 East 41st Street, New York, NY 10017-6702 to represent plaintiffs Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH, in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Jack B. Blumenfeld_
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

March 18, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of F. Dominic Cerrito, Daniel L. Malone and Eric C. Stops is granted.

Dated: _____     _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/13/08

F. Dominic Cerrito
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/13/07

Daniel L. Malone
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/13/08

Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP

>Elizabeth M. McGeever, Esquire
>Melissa N. Donimirski, Esquire
>PRICKETT, JONES & ELLIOTT, P.A.

>Joseph S. Naylor, Esquire
>BALICK & BALICK, LLC

I further certify that I caused to be served copies of the foregoing document on March 18, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road<br>Suite 200<br>Wilmington, DE 19807<br>*Attorneys Sun India Pharmaceutical Industries Limited* | *VIA ELECTRONIC MAIL* |

Elizabeth M. McGeever, Esquire
Melissa N. Donimirski, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

Joseph S. Naylor, Esquire
BALICK & BALICK, LLC
711 North King Street
Wilmington, DE 19801
*Attorneys Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

Jack B. Blumenfeld (#1014)

2