IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.<br><br>    Defendants. | C.A. No. 08-52-GMS |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which Defendants Interpharm Holdings, Inc. and Interpharm, Inc. (collectively "Interpharm") must move, answer or otherwise respond to the Complaint is extended through and including April 4, 2008. The extension is requested to allow Interpharm additional time to investigate the allegations of the Complaint and to give the parties an opportunity to continue their good faith settlement discussions. In addition, Interpharm has agreed not to challenge jurisdiction in Delaware in connection with this action.

The requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in place at this time.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@pottersanderson.com<br><br>*Attorneys for Defendants*<br>*Interpharm Holdings, Inc., and*<br>*Interpharm, Inc.* |

SO ORDERED this _____ day of March, 2008.

_____
Chief Judge Gregory M. Sleet

855895 / 32734

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 19, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 19, 2008, the attached document was Electronically Mailed the document to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Counsel for Plaintiffs*

Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
gflattmann@kirkland.com
mrupert@kirkland.com
*Counsel for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
*Counsel for Plaintiffs*

Joseph S. Naylor
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
jnaylor@balick.com
*Counsel for Defendants Genpharm Inc.,
Genpharm, L.P. and Mylan
Pharmaceuticals Inc.*

William Zimmerman
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
bzimmerman@kmob.com
*Counsel for Defendants Ranbaxy Inc., and
Ranbaxy Laboratories Limited*

Charles B. Klein
Jay L. Levine
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
cklein@winston.com
jlevine@winston.com
*Counsel for Defendant Sun
Pharmaceutical Industries Ltd.*

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com
*Counsel for Defendants Synthon Holding
B.V., Synthon B.V., Synthon Laboratories,
Inc. and Synthon Pharmaceuticals, Inc.*

Jeffrey A. Hovden
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
jhovden@flhlaw.com
*Counsel for Defendants Genpharm Inc.,
Genpharm, L.P. and Mylan
Pharmaceuticals Inc.*

Kevin G. Abrams
John M. Seaman
ABRAMS & LASTER LLPD
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Abrams@abramslaster.com
Seaman@abramslaster.com
*Counsel for Defendant Sun
Pharmaceutical Industries Ltd.*

Elizabeth M. McGeever
Melissa N. Donimirski
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
emmcgeever@prickett.com
MNDonimirski@Prickett.com
*Counsel for Defendants Synthon
Holding B.V., Synthon B.V., Synthon
Laboratories, Inc. and Synthon
Pharmaceuticals, Inc.*

2

                                                           3

                                        /s/ *David E. Moore*
                                        Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

853209 / 32708 / 32734