## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,

        Plaintiffs,

      v.

DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 08-52-GMS

### DR. REDDY'S LABORATORIES, INC.'S AND
### DR. REDDY'S LABORATORIES, LTD.'S 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., certifies that Dr.

Reddy's Laboratories, Ltd. is the parent corporation of Dr. Reddy's Laboratories, Inc., and that

there are no other parent corporations or publicly held corporations that own 10% or more of the

stock of either.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Louis H. Weinstein
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Tel: (973) 379-4800

Dated: March 20, 2008
856294 / 32708

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@pottersanderson.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Inc., and*
*Dr. Reddy's Laboratories, Ltd.*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on March 20, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on March 20, 2008, the attached document was Electronically

Mailed the document to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Counsel for Plaintiffs*

Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
gflattmann@kirkland.com
mrupert@kirkland.com
*Counsel for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
*Counsel for Plaintiffs*

Joseph S. Naylor
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
jnaylor@balick.com
*Counsel for Defendants Genpharm Inc.,*
*Genpharm, L.P. and Mylan*
*Pharmaceuticals Inc.*

William Zimmerman
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
bzimmerman@kmob.com
*Counsel for Defendants Ranbaxy Inc., and*
*Ranbaxy Laboratories Limited*

Charles B. Klein
Jay L. Levine
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
cklein@winston.com
jlevine@winston.com
*Counsel for Defendant Sun*
*Pharmaceutical Industries Ltd.*

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com
*Counsel for Defendants Synthon Holding*
*B.V., Synthon B.V., Synthon Laboratories,*
*Inc. and Synthon Pharmaceuticals, Inc.*

Jeffrey A. Hovden
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
jhovden@flhlaw.com
*Counsel for Defendants Genpharm Inc.,*
*Genpharm, L.P. and Mylan*
*Pharmaceuticals Inc.*

Kevin G. Abrams
John M. Seaman
ABRAMS & LASTER LLPD
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Abrams@abramslaster.com
Seaman@abramslaster.com
*Counsel for Defendant Sun*
*Pharmaceutical Industries Ltd.*

Elizabeth M. McGeever
Melissa N. Donimirski
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
emmcgeever@prickett.com
MNDonimirski@Prickett.com
*Counsel for Defendants Synthon*
*Holding B.V., Synthon B.V., Synthon*
*Laboratories, Inc. and Synthon*
*Pharmaceuticals, Inc.*

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

853209 / 32708 / 32734