IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.<br><br>Defendants. | C.A. No. 08-52-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Louis H. Weinstein and Bruce D. Radin of Budd Larner, 150 John F. Kennedy Parkway, Short Hills, NJ 07078-2703 to represent Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: March 21, 2008
856351 / 32708

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Inc. and*
*Dr. Reddy's Laboratories, Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey, New York and Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion


Date: March 21, 2008          Signed:     /s/ *Louis H. Weinstein*
                                          Louis H. Weinstein
                                          Budd Larner
                                          150 John F. Kennedy Parkway
                                          Short Hills, NJ 07078-2703
                                          Tel: (973) 315-4538
                                          lweinstein@budd-larner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: March 21, 2008            Signed:     /s/ Bruce D. Radin
                                            Bruce D. Radin
                                            Budd Larner
                                            150 John F. Kennedy Parkway
                                            Short Hills, NJ 07078-2703
                                            Tel: (973) 315-4430
                                            bradin@budd-larner.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 21, 2008, the attached document was Electronically Mailed the document to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
James W. Parrett, Jr.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
jparrett@mnat.com
*Counsel for Plaintiffs*

Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
gflattmann@kirkland.com
mrupert@kirkland.com
*Counsel for Plaintiffs*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
*Counsel for Plaintiffs*

Joseph S. Naylor
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
jnaylor@balick.com
*Counsel for Defendants Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.*

William Zimmerman
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
bzimmerman@kmob.com
*Counsel for Defendants Ranbaxy Inc., and Ranbaxy Laboratories Limited*

Charles B. Klein
Jay L. Levine
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
cklein@winston.com
jlevine@winston.com
*Counsel for Defendant Sun Pharmaceutical Industries Ltd.*

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com
*Counsel for Defendants Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

Jeffrey A. Hovden
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
jhovden@flhlaw.com
*Counsel for Defendants Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.*

Kevin G. Abrams
John M. Seaman
ABRAMS & LASTER LLPD
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Abrams@abramslaster.com
Seaman@abramslaster.com
*Counsel for Defendant Sun Pharmaceutical Industries Ltd.*

Elizabeth M. McGeever
Melissa N. Donimirski
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
emmcgeever@prickett.com
MNDonimirski@Prickett.com
*Counsel for Defendants Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

2

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

853209 / 32708 / 32734