IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FOREST LABORATORIES, INC., <br> FOREST LABORATORIES HOLDINGS LTD., <br> MERZ PHARMA GMBH & CO. KGAA, and <br> MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., <br> DR. REDDY'S LABORATORIES LIMITED, <br> GENPHARM INC., GENPHARM, L.P., <br> INTERPHARM HOLDINGS, INC., <br> INTERPHARM, INC., MYLAN <br> PHARMACEUTICALS INC., RANBAXY INC., <br> RANBAXY LABORATORIES LIMITED, <br> KENDLE INTERNATIONAL INC., <br> SUN INDIA PHARMACEUTICAL <br> INDUSTRIES LIMITED (a/k/a SUN <br> PHARMACEUTICALS INDUSTRIES <br> LIMITED), SYNTHON HOLDINGS B.V., <br> SYNTHON LABORATORIES, INC. and <br> SYNTHON PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 08-52 (GMS) |

**DEFENDANT SUN PHARMACEUTICAL INDUSTRIES, LTD.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Sun Pharmaceutical Industries Limited ("Sun"), hereby submits the following disclosure statement: Sun is a corporation organized under the laws of India, and has no parent corporation. Moreover, no publicly held company owns 10% or more of its stock.

{A&L-00059163-}

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| Charles B. Klein<br>Jay L. Levine<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC  20006<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>cklein@winston.com<br>jlevine@winston.com | /s/ Kevin G. Abrams<br>Kevin G. Abrams (#2375)<br>John M. Seaman (#3868)<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>Telephone: (302) 778-1002<br>Facsimile: (302) 778-1001<br>abrams@abramslaster.com<br>seaman@abramslaster.com<br><br>*Attorneys for Defendant*<br>*Sun Pharmaceutical Industries Ltd.* |
| Dated: March 24, 2008 | |