IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC., <br><br> Defendants. | C.A. No. 08-52 (GMS) <br><br> **REDACTED – PUBLIC VERSION** |

EXHIBIT A TO

PLAINTIFFS' MOTION FOR LEAVE TO TAKE
JURISDICTIONAL DISCOVERY AND TO EXTEND THEIR TIME
TO RESPOND TO SYNTHON'S MOTION TO DISMISS

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

Original Filing: March 27, 2008

Redacted Filing: March 28, 2008

# EXHIBIT A

## FULLY REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP
>
>Elizabeth M. McGeever, Esquire
>Melissa N. Donimirski, Esquire
>PRICKETT, JONES & ELLIOTT, P.A.
>
>Joseph S. Naylor, Esquire
>BALICK & BALICK, LLC

I further certify that I caused to be served copies of the foregoing document on March 28, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                                                                   *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE 19801
*Attorneys for Interpharm Holdings, Inc. and
Interpharm, Inc.*

John M. Seaman, Esquire                                                                                       *VIA ELECTRONIC MAIL*
Kevin G. Abrams, Esquire
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
*Attorneys for Kendle International Inc. and
Sun India Pharmaceutical Industries Limited
(a/k/a Sun Pharmaceutical Industries Limited)*

| | |
|---|---|
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| William Zimmerman, Esquire<br>Knobbe Martens Olson & Bear LLP<br>2040 Main Street<br>14th Floor<br>Irvine, CA 92614-3641<br>*Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| Jeffrey A. Hovden, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Genpharm, L.P., Genpharm Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |
| Elizabeth M. McGeever, Esquire<br>Melissa N. Donimirski, Esquire<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

E. Anthony Figg, Esquire  *VIA ELECTRONIC MAIL*
Joseph A. Hynds, Esquire
Lisa N. Phillips, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K. Street, N.W.
Suite 800
Washington, DC 20005
*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

Joseph S. Naylor, Esquire  *VIA ELECTRONIC MAIL*
BALICK & BALICK, LLC
711 North King Street
Wilmington, DE 19801
*Attorneys Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.*

_____
Maryellen Noreika (#3208)