IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>        Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.,<br><br>        Defendants. | C.A. No. 08-52 (GMS) |

## DECLARATION OF MAILING

Maryellen Noreika. declares as follows:

    1.    I am a member at the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel to plaintiffs in this action.

    2.    Defendant Synthon Holding B.V. ("Synthon Holding") is a Dutch entity having a principal place of business at Microweg 22, 6545 CM Nijmegen, Netherlands.

    3.    Defendant Synthon B.V. ("Synthon") is a Dutch entity having a principal place of business at Microweg 22, P.O. Box 7071, 6503 GN Nijmegen, Netherlands.

4. The Summons and Complaint in this action were served on defendant Synthon Holding and Synthon on February 20, 2008, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00 per defendant. Copies of the Summonses, showing the service on the Secretary of State, were filed with the Court on February 21, 2008.

5. On February 21, 2008, copies of the Summons and Complaint were sent by registered mail to Synthon Holding B.V., Microweg 22, 6545 CM, Nijmegen, Netherlands, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Synthon Holding personally within this state. *See* Exhibit A.

6. On February 21, 2008, copies of the Summons and Complaint were sent by registered mail to Synthon B.V., Microweg 22, P.O. Box 7071, 6503 GN, Nijmegen, Netherlands, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Synthon personally within this state. *See* Exhibit B.

7. The registered mail return receipts that I received on March 27, 2008, shows that Synthon Holding and Synthon received and accepted the Summons, Complaint and notice. *See* Exhibit C – D.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Maryellen Noreika (#3208)

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

February 21, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Synthon Holding B.V.
Microweg 22
6545 CM
Nijmegen, Netherlands

      Re: Service of Process
        *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
        C.A. No. 08-052 (GMS)

Dear Sir / Madam:

    Enclosed are copies of the Summons and Amended Complaint for patent infringement against Synthon Holding B.V., which were served on the Delaware Secretary of State on February 20, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Synthon Holding B.V. personally within the State of Delaware.

                Sincerely,

                */s/ Maryellen Noreika*
                Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT B

### MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

February 21, 2008

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Synthon B.V.
Microweg 22
P.O. Box 7071
6503 GN
Nijmegen, Netherlands

    Re: Service of Process
      *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
      C.A. No. 08-052 (GMS)

Dear Sir / Madam:

   Enclosed are copies of the Summons and Amended Complaint for patent infringement against Synthon B.V., which were served on the Delaware Secretary of State on February 20, 2008, pursuant to 10 *Del. C* § 3104(d). Under 10 *Del. C.* § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Synthon B.V. personally within the State of Delaware.

           Sincerely,

           */s/ Maryellen Noreika*
           Maryellen Noreika

MN/dlb
Enclosures

# EXHIBIT C

| | | | | |
|---|---|---|---|---|
| Registered No. RA311802136US | | | | Date Stamp |
| Reg. Fee | 9.58 15 | | | 0501 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 04 |
| Postage | $8.80 | Restricted Delivery | $0.00 | 02/21/08 |
| Received by | | | | |
| Customer Must Declare Full Value $ $0.00 | | With Postal Insurance / Without Postal Insurance ☒ | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

TO: Synthon Holding BV
NV Netherlands
Microweg 22 6545 CM
Nijmegen Netherlands

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

| Registered article Envoi recommendé | ☒ Letter Lettre | ☐ Printed Matter Imprimé | ☐ Other Autre | ☐ Express Mail International |
|---|---|---|---|---|
| ☐ Insured parcel Colis avec valeur déclarée | Insured Value Valeur déclarée | | Article No. RA311802132US | |
| Office of mailing Bureau or depot | | Date of posting Date de depot | | |

Addressee (Name or firm)  Nom ou raison sociale du destinataire
Synthon Holding BV
Street and No.  Rue et No.
Microweg 22 6545 CM
Place and country  Lieu et Pays
Nijmegen Netherlands

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit etre signé par le destinatire ou par une personne y autortsée en vertu des reglements du pays de destination, ou, si ces reglements le comportent, par l'agent du bureau de destination, et renvoye par le premier courrier directement à l'expediteur.

Postmark of the office of destination
Timbre du bureau de destination

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dorment livré.
Date 6-3-2008

Signature of the addressee
Signature du destinataire
K. Mooren

Signature of the employee of the office of destination. Signature de l'agent du bureau du destination.

# EXHIBIT D

| Registered No. RA311802173US | | Date Stamp |
|---|---|---|
| Reg. Fee $9.50 | | WILMINGTON DE 19801 0501 |
| Handling Charge $0.00 | Return Receipt $2.15 | 04 |
| Postage $8.80 | Restricted Delivery $0.00 | 02/21/08 |
| Received by [signature] | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $0.00 | ☐ With Postal Insurance ☒ Without Postal Insurance | |

OFFICIAL USE

**FROM:** 19801
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. BOX 1347
WILMINGTON, DE 19899

**TO:** Synthon BV
Microweg 22
PO Box 7071 6503 GN
Nijmegen Netherlands

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

| Registered article Envoi recommendé | ☒ Letter Lettre | ☐ Printed Matter Imprimé | ☐ Other Autre | ☐ Express Mail International |
|---|---|---|---|---|
| ☐ Insured parcel Colis avec valeur déclarée | Insured Value Valeur déclarée | | Article No. RA311802173US | |
| Office of mailing Bureau or depot | | Date of posting Date de depot | | |

Addressee (Name or firm) Nom ou raison sociale du destinataire
Synthon BV

Street and No. Rue et No.
Microweg 22 PO Box 7071 6503 GN

Place and country Lieu et Pays
Nijmegen Netherlands

This receipt must be signed by the addressee or by a person authorized to do so by virtue of the regulations of the country of destination, or, if those regulations so provide, by the employee of the office of destination, and returned by the first mail directly to the sender.

Cet avis doit etre signé par le destinatre ou par une personne y autorisée en vertu des reglements du pays de destination, ou, si ces reglements le comportent, par l'agent du bureau de destination, et renvoye par le premier courrier directement à l'expediteur.

Postmark of the office of destination
Timbre du bureau de destination

The article mentioned above was duly delivered.
L'envoi mentionné ci-dessus a été dument livré.
Date: 6-3-2008

Signature of the addressee
Signature du destinataire
K. Moonen

Signature of the employee of the office of destination. Signature de l'agent du bureau du destination.