IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiff,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-052-GMS-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Chad M. Shandler and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Ranbaxy Laboratories Limited and Ranbaxy Inc.

                                                 /s/ Chad M. Shandler
                                                 Chad M. Shandler (#3796)
                                                 shandler@rlf.com
                                                 Richards, Layton & Finger
                                                 One Rodney Square
                                                 920 N. King Street
                                                 Wilmington, DE  19899
                                                 (302) 651-7700
                                                 *Attorneys for Defendants*
                                                 *Ranbaxy Laboratories Limited and*
                                                 *Ranbaxy Inc.*

Dated: March 31, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 31, 2008, the attached document was electronically mailed to the following person(s):

Jack .B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
Counsel for Plaintiffs

Gerald J. Flattmann, Jr.
Melanie R. Rupert
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
gflattman@kirkland.com
mrupert@kirkland.com
Counsel for Plaintiffs

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
Jones Day
222 East 41st Street
New York, NY  10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
Counsel for Plaintiffs

Joseph S. Naylor
Balick & Balick, LLC
711 King Street
Wilmington, DE  19801
jnaylor@balick.com
Counsel for Defendants Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza - Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com
Counsel for Interpharm Holdings Inc. and Interpharm, Inc. and Dr. Reddy's Laboratories, Inc.

Charles B. Klein
Jay L. Levine
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC  20006-3817
cklein@winston.com
jlevine@winston.com
Counsel for Defendant Sun Pharmaceutical Industries Ltd.

RLF1-3268058-1

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com
Counsel for Defendants Synthon Holding B.V.,
Synthon B.V., Synthon Laboratories, Inc. and
Synthon Pharmaceuticals, Inc.

Kevin G. Abrams
John M. Seaman
Abrams & Laster, LLPD
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Abrams@abramslaster.com
Seaman@abramslaster.com
Counsel for Defendant Sun Pharmaceutical
Industries Ltd.

Jeffrey A. Hovden
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151
jhovden@flhlaw.com
Counsel for Defendants Genpharm Inc.,
Genpharm, P.L. and Mylan
Pharmaceuticals Inc.

Elizabeth M. McGeever
Melissa N. Donimirski
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
emmcgeever@prickett.com
MNDonimirski@prickett.com
Counsel for Defendants Synthon Holding
B.V., Synthon B.V., Synthon
Laboratories, Inc. and Synthon
Pharmaceuticals, Inc.

_____
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3268058-1