IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiff,<br><br>v.<br><br>RANBAXY LABORATORIES LIMITED, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-052-GMS-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which defendants Ranbaxy Laboratories Limited and Ranbaxy Inc. (collectively "Ranbaxy") must move, answer or otherwise respond to the Complaint is extended through and including April 15, 2008. The extension is requested to allow Ranbaxy additional time to investigate the allegations of the Complaint and to give the parties an opportunity to continue their good faith settlement negotiations.

| | |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Chad M. Shandler* |
| Jack B. Blumenfeld (#1014) | Chad M. Shandler (#3796) |
| jblumenfeld@mnat.com | shandler@rlf.com |
| Morris, Nichols, Arsht & Tunnell, LLP | Richards, Layton & Finger |
| 1201 North Market Street | One Rodney Square |
| P.O. Box 1347 | 920 N. King Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 651-7700 |
| *Attorneys for Plaintiffs, Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Mertz Pharma GMBH & Co. KGAA, and Merz Pharmaceuticals GMBH* | Attorneys for Defendants *Ranbaxy Laboratories Limited and Ranbaxy Inc.* |

SO ORDERED this ___ day of April, 2008.

_____
Chief Judge Gregory M. Sleet

RLF1-3267738-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 31, 2008, the attached document was electronically mailed to the following person(s):

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
Counsel for Plaintiffs

Gerald J. Flattmann, Jr.
Melanie R. Rupert
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
gflattman@kirkland.com
mrupert@kirkland.com
Counsel for Plaintiffs

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
Jones Day
222 East 41st Street
New York, NY 10017
fdcerrito@jonesday.com
dlmalone@jonesday.com
estops@jonesday.com
Counsel for Plaintiffs

Joseph S. Naylor
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
jnaylor@balick.com
Counsel for Defendants Genpharm Inc.,
Genpharm, L.P. and Mylan
Pharmaceuticals Inc.

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon, LLP
Hercules Plaza - Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
rhorwitz@potteranderson.com
dmoore@potteranderson.com
Counsel for Interpharm Holdings Inc. and
Interpharm, Inc. and Dr. Reddy's Laboratories, Inc.

Charles B. Klein
Jay L. Levine
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817
cklein@winston.com
jlevine@winston.com
Counsel for Defendant Sun
Pharmaceutical Industries Ltd.

RLF1-3268058-1

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com
Counsel for Defendants Synthon Holding B.V.,
Synthon B.V., Synthon Laboratories, Inc. and
Synthon Pharmaceuticals, Inc.

Kevin G. Abrams
John M. Seaman
Abrams & Laster, LLPD
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Abrams@abramslaster.com
Seaman@abramslaster.com
Counsel for Defendant Sun Pharmaceutical
Industries Ltd.

Jeffrey A. Hovden
Frommer, Lawrence & Haug, LLP
745 Fifth Avenue
New York, NY 10151
jhovden@flhlaw.com
Counsel for Defendants Genpharm Inc.,
Genpharm, P.L. and Mylan
Pharmaceuticals Inc.

Elizabeth M. McGeever
Melissa N. Donimirski
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
emmcgeever@prickett.com
MNDonimirski@prickett.com
Counsel for Defendants Synthon Holding
B.V., Synthon B.V., Synthon
Laboratories, Inc. and Synthon
Pharmaceuticals, Inc.

/s/ Chad M. Shandler

Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700