IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DR. REDDY'S LABORATORIES, INC., DR. ) <br> REDDY'S LABORATORIES LIMITED, ) <br> GENPHARM IC., GENPHARM, L.P., ) <br> INTERPHARM HOLDINGS, INC., ) <br> INTERPHARM, INC., MYLAN ) <br> PHARMACETICALS INC., RANBAXY, INC., ) <br> RANBAXY LABORATORIES LIMITED, ) <br> KENDLE INTERNATIONAL INC., SUN INDIA ) <br> PHARMACEUTICAL INDUSTRIES LIMITED ) <br> (a/k/a SUN PHARMACEUTICAL INDUSTRIES ) <br> LTD.), SYNTHON HOLDING B.V., SYNTHON ) <br> B.V., SYNTHON LABORATORIES, INC., and ) <br> SYNTHON PHARMACEUTICALS, INC. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-52 (GMS) |

**DEFENDANT SYNTHON PHARMACEUTICALS, INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Synthon Pharmaceuticals, Inc. (a nongovernmental corporate party) ("Synthon Pharms") makes the following disclosure statement:

**I.     PARENT CORPORATIONS**

The parent corporation of Synthon Pharms is Synthon International Holding BV. The parent corporation of Synthon International Holding BV is Synthon Holding BV.

1

## II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF SYNTHON PHARMS' STOCK

As of March 31, 2008, no publicly held corporation owns 10% or more of Synthon Pharms' stock.

Dated: April 1, 2008

        */s/ Elizabeth M. McGeever*
Elizabeth M. McGeever(# 2057)
PRICKETT, JONES & ELLIOT, P.A.
1310 King Street
Wilmington, DE 19899
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
emmcgeever@prickett.com

*Attorney for Defendants*
*Synthon Holding B.V.,*
*Synthon B.V.,*
*Synthon Laboratories, Inc. and*
*Synthon Pharmaceuticals, Inc.*

*Of Counsel*:

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com