IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DR. REDDY'S LABORATORIES, INC., DR. ) <br> REDDY'S LABORATORIES LIMITED, ) <br> GENPHARM IC., GENPHARM, L.P., ) <br> INTERPHARM HOLDINGS, INC., ) <br> INTERPHARM, INC., MYLAN ) <br> PHARMACETICALS INC., RANBAXY, INC., ) <br> RANBAXY LABORATORIES LIMITED, ) <br> KENDLE INTERNATIONAL INC., SUN INDIA ) <br> PHARMACEUTICAL INDUSTRIES LIMITED ) <br> (a/k/a SUN PHARMACEUTICAL INDUSTRIES ) <br> LTD.), SYNTHON HOLDING B.V., SYNTHON ) <br> B.V., SYNTHON LABORATORIES, INC., and ) <br> SYNTHON PHARMACEUTICALS, INC. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-52 (GMS) |

## DEFENDANT SYNTHON LABORATORIES, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Synthon Laboratories, Inc. (a nongovernmental corporate party) ("Synthon Labs") makes the following disclosure statement:

**I.   PARENT CORPORATIONS**

The parent corporation of Synthon Labs is Synthon Luxemborg Holding SARL. The parent corporation of Synthon Luxemborg Holding SARL is Synthon International Holding BV. The parent corporation of Synthon International Holding BV is Synthon Holding BV.

1

## II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF SYNTHON LABS' STOCK

As of March 31, 2008, no publicly held corporation owns 10% or more of Synthon Labs' stock.

Dated: April 1, 2008
/s/ Elizabeth M. McGeever
Elizabeth M. McGeever(# 2057)
PRICKETT, JONES & ELLIOT, P.A.
1310 King Street
Wilmington, DE  19899
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
emmcgeever@prickett.com

*Attorney for Defendants*
*Synthon Holding B.V.,*
*Synthon B.V.,*
*Synthon Laboratories, Inc. and*
*Synthon Pharmaceuticals, Inc.*

*Of Counsel*:

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com