**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, INC., *et al.*,   ) | |
|                                          ) | |
|     Plaintiffs,    ) | |
|                                          ) | C.A. No. 08-52 (GMS) |
|     v.              ) | |
|                                          ) | |
| DR. REDDY'S LABORATORIES, INC., DR.      ) | |
| REDDY'S LABORATORIES LIMITED,            ) | |
| GENPHARM IC., GENPHARM, L.P.,            ) | |
| INTERPHARM HOLDINGS, INC.,               ) | |
| INTERPHARM, INC., MYLAN                  ) | |
| PHARMACETICALS INC., RANBAXY, INC.,      ) | |
| RANBAXY LABORATORIES LIMITED,            ) | |
| KENDLE INTERNATIONAL INC., SUN INDIA     ) | |
| PHARMACEUTICAL INDUSTRIES LIMITED        ) | |
| (a/k/a SUN PHARMACEUTICAL INDUSTRIES     ) | |
| LTD.), SYNTHON HOLDING B.V., SYNTHON     ) | |
| B.V., SYNTHON LABORATORIES, INC., and    ) | |
| SYNTHON PHARMACEUTICALS, INC.            ) | |
|                                          ) | |
|     Defendants.      ) | |

**DEFENDANT SYNTHON BV'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Synthon BV (a nongovernmental corporate party) makes the following disclosure statement:

**I.    PARENT CORPORATIONS**

The parent company of Synthon BV is Synthon Netherlands Holding BV.  The parent company of Synthon Netherlands Holding BV is Synthon Holding BV.

1

## II.     PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF SYNTHON BV'S STOCK

As of March 31, 2008, no publicly held corporation owns 10% or more of Synthon BV's stock.

Dated:  April 1, 2008                              */s/ Elizabeth M. McGeever*
                                                     Elizabeth M. McGeever(# 2057)
                                                     PRICKETT, JONES & ELLIOT, P.A.
1310 King Street
Wilmington, DE  19899
Telephone: (302) 888-6500
Facsimile: (302) 658-8111
emmcgeever@prickett.com

*Attorney for Defendants*
*Synthon Holding B.V.,*
*Synthon B.V.,*
*Synthon Laboratories, Inc. and*
*Synthon Pharmaceuticals, Inc.*

*Of Counsel*:

E. Anthony Figg
Joseph A. Hynds
Lisa N. Phillips
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
efigg@rothwellfigg.com
jhynds@rothwellfigg.com
lphillips@rothwellfigg.com

2