IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. et al., <br><br> Defendants. | Civil Action No. 08-52-GMS |

**DEFENDANTS GENPHARM ULC, GENPHARM, L.P., AND MYLAN PHARMACEUTICALS INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Genpharm ULC (as successor to Genpharm Inc.), Genpharm, L.P., and Mylan Pharmaceuticals Inc. states that Mylan Inc. (which is not a party to this action) is the parent corporation of Genpharm ULC, Genpharm, L.P., and Mylan Pharmaceuticals Inc. There is no other parent corporation or publicly held corporation that owns 10% or more of any of the above entities' stock.

Of Counsel:
Ron E. Shulman
Terry Kearney
Roger J. Chin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

Adam Balick (No. 2718)
Joseph S. Naylor (No. 3886)
Balick & Balick, LLC
711 King Street
Wilmington, Delaware 19801
Telephone: (302) 658-4265
abalick@balick.com
jnaylor@balick.com
*Attorneys for Defendants*
*Genpharm ULC, Genpharm, L.P., and*
*Mylan Pharmaceuticals Inc.*

Dated: April 7, 2008