IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>     Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.,<br><br>     Defendants. | C.A. No. 08-52 (GMS) (LPS) |

**PLAINTIFFS' REPLY TO DEFENDANT SUN INDIA
PHARMACEUTICAL INDUSTRIES LIMITED'S COUNTERCLAIMS**

    Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaims of Defendant/Counterclaimant Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Ltd.) ("Sun") (D.I. 49), hereby allege as follows:

### Parties, Jurisdiction and Venue

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

### Background

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Plaintiffs/Counterclaim Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of Sun's Counterclaims.

14. Admitted.

15. Admitted.

16. Admitted that on January 25, 2008, Forest and Merz filed the present action against Sun alleging infringement of the '703 patent, arising out of Sun's submission of ANDA No. 90-058 to the FDA.

17. Denied.

18. Denied.

19. Admitted.

## Reply to Count I
### (Declaratory Judgment of Non-Infringement of the '703 Patent)

20. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-19 as though set forth specifically herein.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Denied.

## Reply to Count II
### (Declaratory Judgment of Invalidity of the '703 Patent)

26. Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-25 as though set forth specifically herein.

27. Admitted.

28. Denied.

29. Admitted.

30. Denied.

## Reply to Sun's Prayer for Relief

Wherefore, Plaintiffs/Counterclaim Defendants deny that Sun is entitled to any relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in Sun's Counterclaims that was not specifically admitted, denied, or otherwise responded to in this

3

Reply to Defendant/Counterclaimant Sun India Pharmaceutical Industries Limited's Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

April 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP

>Elizabeth M. McGeever, Esquire
>Melissa N. Donimirski, Esquire
>PRICKETT, JONES & ELLIOTT, P.A.

>Joseph S. Naylor, Esquire
>BALICK & BALICK, LLC

>Chad M. Shandler, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

I further certify that I caused to be served copies of the foregoing document on April 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc. and Interpharm, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| Chad M. Shandler, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Ranbaxy Laboratories Limited and Ranbaxy Inc.* | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| William Zimmerman, Esquire<br>KNOBBE MARTENS OLSON & BEAR LLP<br>2040 Main Street<br>14th Floor<br>Irvine, CA 92614-3641<br>*Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| Jeffrey A. Hovden, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>*Attorneys for Genpharm, L.P., Genpharm Inc. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Elizabeth M. McGeever, Esquire<br>Melissa N. Donimirski, Esquire<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| E. Anthony Figg, Esquire<br>Joseph A. Hynds, Esquire<br>Lisa N. Phillips, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K. Street, N.W.<br>Suite 800<br>Washington, DC 20005<br>*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |
| Joseph S. Naylor, Esquire<br>BALICK & BALICK, LLC<br>711 North King Street<br>Wilmington, DE 19801<br>*Attorneys Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)