# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

April 10, 2008

BY ELECTRONIC FILING

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.*
            Civil Action No. 08-052-GMS-LPS

Dear Chief Judge Sleet:

      We have today filed a Consent Judgment signed by the plaintiffs and the Ranbaxy defendants, resolving the issues in this case with respect to Ranbaxy. The parties request the entry of the Consent Judgment by the Court.

Respectfully,

Maryellen Noreika

MN/lmc
cc:    Peter T. Dalleo, Clerk (By Hand)
        Richard L. Horwitz (By E-mail and Hand)
        John M. Seaman (By E-mail and Hand)
        Elizabeth M. McGeever (By E-mail and Hand)
        Joseph S. Naylor (By E-mail and Hand)
        Chad M. Shandler (By E-mail and Hand)

2290708