IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC. et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, INC. et al.,<br><br>    Defendants. | Civil Action No. 08-52-GMS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ron E. Shulman to represent Mylan Pharmaceuticals Inc., Genpharm ULC (as successor to Genpharm Inc.), and Genpharm, L.P. in this matter.

                                        Adam Balick (No. 2718)
                                        Joseph S. Naylor (No. 3886)
                                        Balick & Balick, LLC
                                        711 King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 658-4265

                                        Attorneys for Defendants Mylan Pharmaceuticals
                                        Inc., Genpharm ULC, and Genpharm, L.P.

Date: 4/11/08

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                   _____
                                                       Honorable Gregory M. Sleet
                                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE AMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/7/08

Ron E. Shulman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. et al., <br><br> Defendants. | Civil Action No. 08-52-GMS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Terry Kearney to represent Mylan Pharmaceuticals Inc., Genpharm ULC (as successor to Genpharm Inc.), and Genpharm, L.P. in this matter.

                                            Adam Balick (No. 2718)
                                            Joseph S. Naylor (No. 3886)
                                            Balick & Balick, LLC
                                            711 King Street
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 658-4265

                                            Attorneys for Defendants Mylan Pharmaceuticals
                                            Inc., Genpharm ULC, and Genpharm, L.P.

Date: 4/11/08

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

                                            _____
                                            Honorable Gregory M. Sleet
                                            United States District Judge

-2-

## CERTIFICATION BY COUNSEL TO BE AMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 7, 2008

Terry Kearney
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. et al., <br><br> Defendants. | Civil Action No. 08-52-GMS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Roger J. Chin to represent Mylan Pharmaceuticals Inc., Genpharm ULC (as successor to Genpharm Inc.), and Genpharm, L.P. in this matter.

>Adam Balick (No. 2718)
>Joseph S. Naylor (No. 3886)
>Balick & Balick, LLC
>711 King Street
>Wilmington, Delaware 19801
>Telephone: (302) 658-4265
>
>Attorneys for Defendants Mylan Pharmaceuticals
>Inc., Genpharm ULC, and Genpharm, L.P.

Date: 4/11/08

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
Honorable Gregory M. Sleet
United States District Judge

-1-

-2-

## CERTIFICATION BY COUNSEL TO BE AMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/7/08

Roger J. Chin
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2106