## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FOREST LABORATORIES, INC.,
FOREST LABORATORIES HOLDINGS,
LTD., MERZ PHARMA GMBH & CO.
KGAA, and MERZ PHARMACEUTICALS
GMBH,

            Plaintiffs,

      v.

DR. REDDY'S LABORATORIES, INC.,
DR. REDDY'S LABORATORIES LIMITED,
GENPHARM INC., GENPHARM, L.P.,
INTERPHARM HOLDINGS, INC.,
INTERPHARM, INC., MYLAN
PHARMACEUTICALS INC., RANBAXY
INC., RANBAXY LABORATORIES
LIMITED, SUN INDIA
PHARMACEUTICAL INDUSTRIES
LIMITED (a/k/a SUN PHARMACEUTICAL
INDUSTRIES LTD.), SYNTHON HOLDING
B.V., SYNTHON B.V., SYNTHON
LABORATORIES, INC., and SYNTHON
PHARMACEUTICALS, INC.,

            Defendants.

C.A.No. 08-52 (GMS) (LPS)

## PLAINTIFFS' REPLY TO DEFENDANTS
## DR. REDDY'S LABORATORIES INC.'S AND
## DR. REDDY'S LABORATORIES, LTD.'S COUNTERCLAIMS

Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaims of Defendants/Counterclaimants Dr. Reddy's Laboratories Inc.'s and Dr. Reddy's Laboratories, Ltd.'s (collectively "DRL") (D.I. 49), hereby allege as follows:

## The Parties

1.    Admitted, upon information and belief.

2.    Admitted, upon information and belief.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Admitted.

## Jurisdiction and Venue

7.    Admitted.

8.    Admitted.

9.    Admitted.

10.    Admitted.

## Factual Background

11.    Admitted.

12.    Admitted.

13.    Admitted.

14.    Admitted.

15.    Admitted, upon information and belief.

16.    Plaintiffs/Counterclaim Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16 of DRL's Counterclaims.

17.    Admitted.

18.    Admitted that an actual and justiciable controversy exists between Plaintiffs/Counterclaim Defendants and DRL regarding the '703 patent by virtue of

Plaintiffs'/Counterclaim Defendants' Complaint. Admitted that an actual controversy exists between Plaintiffs/Counterclaim Defendants and DRL as to the infringement and validity of the '703 patent. Otherwise denied.

## Reply to First Claim for Relief
### (Declaratory Judgment of Non-Infringement of the '703 Patent)

19.     Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-18 as though set forth specifically herein.

20.     Admitted that there is an actual, substantial and continuing justiciable case or controversy between DRL and Plaintiffs/Counterclaim Defendants regarding the infringement of the '703 patent.

21.     Denied.

22.     Denied.

## Reply to Second Claim for Relief
### (Declaratory Judgment of Invalidity of the '703 Patent under 35 U.S.C. § 102 and/or 35 U.S.C. § 103)

23.     Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-22 as though set forth specifically herein.

24.     Admitted that there is an actual, substantial and continuing justiciable case or controversy between DRL and Plaintiffs/Counterclaim Defendants regarding the validity of the '703 patent.

25.     Denied.

26.     Denied.

<u>**Reply to Third Claim for Relief**</u>
**(Declaratory Judgment of Invalidity of the '703 Patent under 35 U.S.C. § 305)**

27.    Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-26 as though set forth specifically herein.

28.    Admitted that there is an actual, substantial and continuing justiciable case or controversy between DRL and Plaintiffs/Counterclaim Defendants regarding the validity of the '703 patent.

29.    Denied.

30.    Denied.

<u>**Reply to Fourth Claim for Relief**</u>
**(Declaratory Judgment of Invalidity of the '703 Patent under 35 U.S.C. § 112)**

31.    Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-30 as though set forth specifically herein.

32.    Admitted that there is an actual, substantial and continuing justiciable case or controversy between DRL and Plaintiffs/Counterclaim Defendants regarding the validity of the '703 patent.

33.    Denied.

34.    Denied.

<u>**Reply to Fifth Claim for Relief**</u>
**(Declaratory Judgment of Unenforceability of the '703 Patent)**

35.    Plaintiffs/Counterclaim Defendants restate and incorporate by reference their responses to the allegations contained in Counterclaim Paragraphs 1-34 as though set forth specifically herein.

36.    Denied.

37.    Denied. DRL fails to state a claim upon which relief can be granted.

### Reply to DRL's Prayer for Relief

Wherefore, Plaintiffs/Counterclaim Defendants deny that DRL is entitled to any

relief, either as prayed for in its Counterclaims or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in

DRL's Counterclaims that was not specifically admitted, denied, or otherwise responded to in

this Reply to Defendants/Counterclaimants Dr. Reddy's Laboratories Inc.'s and Dr. Reddy's

Laboratories, Ltd.'s Counterclaims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 326-3939

April 14, 2008

*Attorneys for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP

John M. Seaman, Esquire
Kevin G. Abrams, Esquire
ABRAMS & LASTER LLP

Elizabeth M. McGeever, Esquire
Melissa N. Donimirski, Esquire
PRICKETT, JONES & ELLIOTT, P.A.

Joseph S. Naylor, Esquire
BALICK & BALICK, LLC

I further certify that I caused to be served copies of the foregoing document on

April 14, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                          *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                 *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street – 6th Floor
Wilmington, DE  19801
*Attorneys for Interpharm Holdings, Inc. and*
*Interpharm, Inc.*

John M. Seaman, Esquire                               *VIA ELECTRONIC MAIL*
Kevin G. Abrams, Esquire
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE  19807
*Attorneys for Kendle International Inc. and*
*Sun India Pharmaceutical Industries Limited*
*(a/k/a Sun Pharmaceutical Industries Limited)*

James F. Hurst, Esquire
Charles B. Klein, Esquire
Jay L. Levine, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)*

*VIA ELECTRONIC MAIL*

Louis H. Weinstein, Esquire
Bruce D. Radin, Esquire
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited*

*VIA ELECTRONIC MAIL*

Elizabeth M. McGeever, Esquire
Melissa N. Donimirski, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801
*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL
and HAND DELIVERY*

E. Anthony Figg, Esquire
Joseph A. Hynds, Esquire
Lisa N. Phillips, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K. Street, N.W.
Suite 800
Washington, DC 20005
*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Joseph S. Naylor, Esquire                                   *VIA ELECTRONIC MAIL*
BALICK & BALICK, LLC                                          *and HAND DELIVERY*
711 North King Street
Wilmington, DE 19801
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

Ron E. Shulman, Esquire                                     *VIA ELECTRONIC MAIL*
Terry Kearney, Esquire
Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

Jack B. Blumenfeld (#1014)