IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 08-52-GMS |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, and subject to the approval of the Court, that the time within which Defendants Interpharm Holdings, Inc. and Interpharm, Inc. (collectively "Interpharm") must answer, move or otherwise respond to the Complaint is extended through and including May 27, 2008.

The extension is requested to give the parties an opportunity to continue their attempts to resolve this matter or for Interpharm to respond to the Complaint. The requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in place at this time.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Maryellen Noreika*<br>    Jack B. Blumenfeld (#1014)<br>    Maryellen Noreika (#3208)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899-1347<br>    (302) 658-9200<br>    jblumenfeld@mnat.com<br>    mnoreika@mnat.com | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@pottersanderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants*<br>*Interpharm Holdings, Inc., and*<br>*Interpharm, Inc.* |

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet

861202 / 32734