IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | C.A. No. 08-52 (GMS) (LPS) |

**PLAINTIFFS' REPLY TO DEFENDANT
MYLAN PHARMACEUTICALS INC.'S COUNTERCLAIM**

Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaim of Defendant/Counterclaimant Mylan Pharmaceuticals Inc.'s ("Mylan") (D.I. 72), hereby allege as follows:

## Jurisdiction

106. Admitted.

### Reply to Claim for Relief

107. Admitted.

108. Denied.

109. Denied.

110. Denied.

111. Admitted that an actual and justiciable controversy exists between the parties with respect to validity and infringement of the '703 patent. Denied that Mylan is entitled to a declaratory judgment that the '703 patent is invalid or not infringed.

### Reply to Mylan's Prayer for Relief

Wherefore, Plaintiffs/Counterclaim Defendants deny that Mylan is entitled to any relief, either as prayed for in its Counterclaim or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in Mylan's Counterclaim that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendant/Counterclaimant Mylan Pharmaceuticals Inc.'s Counterclaim.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

April 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>
>John M. Seaman, Esquire
>Kevin G. Abrams, Esquire
>ABRAMS & LASTER LLP
>
>Elizabeth M. McGeever, Esquire
>Melissa N. Donimirski, Esquire
>PRICKETT, JONES & ELLIOTT, P.A.
>
>Joseph S. Naylor, Esquire
>BALICK & BALICK, LLC

I further certify that I caused copies of the foregoing document to be served on April 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc.,*<br>*Interpharm, Inc., Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and*<br>*Sun India Pharmaceutical Industries Limited*<br>*(a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| James F. Hurst, Esquire<br>Charles B. Klein, Esquire<br>Jay L. Levine, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |
| Louis H. Weinstein, Esquire<br>Bruce D. Radin, Esquire<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078-2703<br>*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL* |
| Elizabeth M. McGeever, Esquire<br>Melissa N. Donimirski, Esquire<br>PRICKETT, JONES & ELLIOTT, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL and HAND DELIVERY* |
| E. Anthony Figg, Esquire<br>Joseph A. Hynds, Esquire<br>Lisa N. Phillips, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K. Street, N.W.<br>Suite 800<br>Washington, DC 20005<br>*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.* | *VIA ELECTRONIC MAIL* |

Joseph S. Naylor, Esquire                                    *VIA ELECTRONIC MAIL*
BALICK & BALICK, LLC                                          *and HAND DELIVERY*
711 North King Street
Wilmington, DE 19801
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

Ron E. Shulman, Esquire                                       *VIA ELECTRONIC MAIL*
Terry Kearney, Esquire
Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys Genpharm Inc., Genpharm, L.P. and*
*Mylan Pharmaceuticals Inc.*

_____
Maryellen Noreika (#3208)