IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LTD.), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | C.A. No. 08-52 (GMS) (LPS) |

**PLAINTIFFS' REPLY TO DEFENDANTS
GENPHARM INC.'S AND GENPHARM, L.P.'S COUNTERCLAIM**

Plaintiffs/Counterclaim Defendants Forest Laboratories, Inc. and Forest Laboratories Holdings, Ltd. (collectively "Forest") and Merz Pharma GmbH & Co. KGaA and Merz Pharmaceuticals GmbH (collectively "Merz"), for their Reply to the numbered paragraphs of the Counterclaim of Defendants/Counterclaimants Genpharm Inc.'s and Genpharm, L.P.'s (collectively "Genpharm") (D.I. 71), hereby allege as follows:

**Jurisdiction**

　　106.　Admitted.

### Reply to Claim for Relief

107. Admitted.

108. Denied.

109. Denied.

110. Denied.

111. Admitted that an actual and justiciable controversy exists between the parties with respect to validity and infringement of the '703 patent. Denied that Genpharm is entitled to a declaratory judgment that the '703 patent is invalid or not infringed.

### Reply to Genpharm's Prayer for Relief

Wherefore, Plaintiffs/Counterclaim Defendants deny that Genpharm is entitled to any relief, either as prayed for in its Counterclaim or otherwise.

Plaintiffs/Counterclaim Defendants further deny each allegation contained in Genpharm's Counterclaim that was not specifically admitted, denied, or otherwise responded to in this Reply to Defendants/Counterclaimants Genpharm Inc.'s and Genpharm, L.P.'s Counterclaim.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

2

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

April 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
>
> John M. Seaman, Esquire
> Kevin G. Abrams, Esquire
> ABRAMS & LASTER LLP
>
> Elizabeth M. McGeever, Esquire
> Melissa N. Donimirski, Esquire
> PRICKETT, JONES & ELLIOTT, P.A.
>
> Joseph S. Naylor, Esquire
> BALICK & BALICK, LLC

I further certify that I caused copies of the foregoing document to be served on April 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street – 6th Floor<br>Wilmington, DE 19801<br>*Attorneys for Interpharm Holdings, Inc.,*<br>*Interpharm, Inc., Dr. Reddy's Laboratories,*<br>*Inc. and Dr. Reddy's Laboratories Limited* | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John M. Seaman, Esquire<br>Kevin G. Abrams, Esquire<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>*Attorneys for Kendle International Inc. and*<br>*Sun India Pharmaceutical Industries Limited*<br>*(a/k/a Sun Pharmaceutical Industries Limited)* | *VIA ELECTRONIC MAIL* |

James F. Hurst, Esquire  
Charles B. Klein, Esquire  
Jay L. Levine, Esquire  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, IL  60601  
*Attorneys for Kendle International Inc. and Sun India Pharmaceutical Industries Limited (a/k/a Sun Pharmaceutical Industries Limited)*

*VIA ELECTRONIC MAIL*

Louis H. Weinstein, Esquire  
Bruce D. Radin, Esquire  
BUDD LARNER, P.C.  
150 John F. Kennedy Parkway  
Short Hills, NJ  07078-2703  
*Attorney for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Limited*

*VIA ELECTRONIC MAIL*

Elizabeth M. McGeever, Esquire  
Melissa N. Donimirski, Esquire  
PRICKETT, JONES & ELLIOTT, P.A.  
1310 King Street  
Wilmington, DE  19801  
*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

E. Anthony Figg, Esquire  
Joseph A. Hynds, Esquire  
Lisa N. Phillips, Esquire  
ROTHWELL, FIGG, ERNST & MANBECK, P.C.  
1425 K. Street, N.W.  
Suite 800  
Washington, DC  20005  
*Attorneys for Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc.*

*VIA ELECTRONIC MAIL*

Joseph S. Naylor, Esquire  
BALICK & BALICK, LLC  
711 North King Street  
Wilmington, DE 19801  
*Attorneys Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL and HAND DELIVERY*

Ron E. Shulman, Esquire  
Terry Kearney, Esquire  
Roger J. Chin, Esquire  
WILSON SONSINI GOODRICH & ROSATI  
650 Page Mill Road  
Palo Alto, CA 94304  
*Attorneys Genpharm Inc., Genpharm, L.P. and Mylan Pharmaceuticals Inc.*

*VIA ELECTRONIC MAIL*

/s/ Maryellen Noreika  
Maryellen Noreika (#3208)