IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH, <br><br>          Plaintiffs, <br><br>     v. <br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC. <br><br>          Defendants. | C.A. No. 08-52 (GMS) |

**DEFENDANT'S MOTION AND ORDER
FOR ADMISSION PRO HAC VICE OF JOVIAL WONG**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Sun India Pharmaceutical Industries Ltd. (a/k/a Sun Pharmaceutical Industries Ltd.) in the above matter: Jovial Wong, Winston & Strawn LLP, 1700 K Street, N.W. Washington, D.C. 20006-3817, (202) 282-5867. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

{A&L-00058550-}

OF COUNSEL:

Charles B. Klein
Jay L. Levine
Jovial Wong
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: 202.282.5000
Fax: 202.282.5100
cklein@winston.com
jlevine@winston.com
jwong@winston.com

/s/ John M. Seaman
Kevin G. Abrams (# 2375)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
Tel: 302.778.1000
Fax: 302.778.1001
Abrams@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Defendant
Sun India Pharmaceutical Industries Ltd.*

DATED: May 8, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____
U.S. District Court Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Jovial Wong, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: May 8, 2008

Jovial Wong
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
jwong@winston.com

{A&L-00058550-}