**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, INC., ) <br> FOREST LABORATORIES HOLDINGS, LTD., ) <br> MERZ PHARMA GMBH & CO. KGAA, and ) <br> MERZ PHARMACEUTICALS GMBH ) <br> ) <br>        Plaintiffs ) <br>    v. ) <br> ) <br> DR. REDDY'S LABORATORIES, INC., DR. ) <br> REDDY'S LABORATORIES LIMITED, ) <br> GENPHARM INC., GENPHARM, L.P., ) <br> INTERPHARM HOLDINGS, INC., ) <br> INTERPHARM, INC., MYLAN ) <br> PHARMACETICALS INC., SUN INDIA ) <br> PHARMACEUTICAL INDUSTRIES LIMITED ) <br> (a/k/a SUN PHARMACEUTICAL INDUSTRIES ) <br> LTD.), SYNTHON HOLDING B.V., SYNTHON ) <br> B.V., SYNTHON LABORATORIES, INC., and ) <br> SYNTHON PHARMACEUTICALS, INC. ) <br> ) <br>       Defendants. ) | C.A. No. 08-52 (GMS)(LPS) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Forest Laboratories, Inc., Forest Laboratories Holdings, Ltd., Merz Pharma GmbH & Co. KGaA, and Merz Pharmaceuticals GmbH (collectively, "Plaintiffs") and Synthon Holding B.V., Synthon B.V., Synthon Laboratories, Inc. and Synthon Pharmaceuticals, Inc. (collectively, "the Synthon Entities") hereby stipulate as follows:

WHEREAS Synthon Laboratories Inc. filed with the United States Food and Drug Administration ("FDA") its Abbreviated New Drug Application ("ANDA") No. 90-047, which sought approval for the manufacture, use and sale of its generic memantine hydrochloride tablets;

WHEREAS ANDA No. 90-047 contained a certification pursuant to § 505(j)(2)(A)(vii)(IV) that the claims of U.S. Patent No. 5,061,703 ("the '703 patent") were invalid, unenforceable, and/or not infringed by Synthon Laboratories Inc.'s proposed generic memantine hydrochloride tablets;

WHEREAS Plaintiffs brought suit in this Court against the Synthon Entities on February 15, 2008 (D.I. 31), charging the Synthon Entities with infringement of the '703 Patent, pursuant to 35 U.S.C. § 271(e)(2)(A); and

WHEREAS, for purposes of this action and this Stipulation and Order of Dismissal, the Synthon Entities do not contest personal jurisdiction in this Court.

Now, THEREFORE, it is hereby Stipulated and Agreed that:

(1)    Synthon Laboratories, Inc. represents that it has withdrawn ANDA No. 90-047, and the Synthon Entities represent that they do not have a pending ANDA for memantine hydrochloride tablets.

(2)    The Synthon Entities represent that they have not engaged in any manufacture, use, sale, offer for sale or importation of the products described in ANDA No. 90-047 in this country for commercial, non-regulatory purposes.

(3)    Because the Synthon Entities no longer have a pending ANDA seeking approval of generic memantine hydrochloride tablets, this Court no longer has subject matter jurisdiction over this matter.

(4)    The parties consent to the dismissal of this action without prejudice.

(5)    This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order of Dismissal.

(6)    Each party shall bear its own costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
_____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

Of Counsel:

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(202) 783-6040

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 326-3939

Attorneys for Plaintiffs
Forest Laboratories, Inc.
Forest Laboratories Holdings,
Ltd., Merz Pharma GmbH & Co. KGAA
and Merz Pharmaceuticals GmbH

SO ORDERED:


Dated: _____

PRICKETT, JONES & ELLIOT, P.A.

/s/ Melissa N. Donimirski
_____

Elizabeth M. McGeever (#2057)
Melissa N. Donimirski (#4701)
1310 King Street
P.O. Box 1328
Wilmington, DE  19899
(302) 888-6500
emmcgeever@prickett.com
mndonimirski@prickett.com

Of Counsel:

Joseph A. Hynds
E. Anthony Figg
Lisa N. Phillips
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
1425 K Street, N.W. – Suite 800
Washington, D.C. 20005
 (212) 446-4800

Attorneys for Defendants
Synthon Holding B.V., Synthon B.V.,
Synthon Laboratories, Inc. and
Synthon Pharmaceuticals, Inc.


_____
Hon. Gregory M. Sleet
United States District Judge