**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES LIMITED, GENPHARM INC., GENPHARM, L.P., INTERPHARM HOLDINGS, INC., INTERPHARM, INC., MYLAN PHARMACEUTICALS INC., RANBAXY INC., RANBAXY LABORATORIES LIMITED, KENDLE INTERNATIONAL INC., SUN INDIA PHARMACEUTICAL INDUSTRIES LIMITED (a/k/a SUN PHARMACEUTICAL INDUSTRIES LIMITED), SYNTHON HOLDING B.V., SYNTHON B.V., SYNTHON LABORATORIES, INC., and SYNTHON PHARMACEUTICALS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-52 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION AND ORDER
FOR ADMISSION PRO HAC VICE OF RISHI NANGIA**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Sun India Pharmaceutical Industries Ltd. (a/k/a Sun Pharmaceutical Industries Ltd.) in the above matter: Rishi Nangia, Winston & Strawn LLP, 1700 K Street, N.W. Washington, D.C. 20006-3817, (202) 282-5867. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

| | |
|---|---|
| OF COUNSEL:<br><br>Charles B. Klein<br>Jay L. Levine<br>Jovial Wong<br>Rishi Nangia<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C.  20006-3817<br>Tel:    202.282.5000<br>Fax:   202.282.5100<br>cklein@winston.com<br>jlevine@winston.com<br>jwong@winston.com<br>rnangia@winston.com | */s/ John M. Seaman*<br>Kevin G. Abrams (# 2375)<br>John M. Seaman (# 3868)<br>ABRAMS & LASTER LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE  19807<br>Tel:    302.778.1000<br>Fax:   302.778.1001<br>Abrams@abramslaster.com<br>Seaman@abramslaster.com<br><br>*Attorneys for Defendant*<br>*Sun India Pharmaceutical Industries Ltd.* |

DATED:  May 23, 2008

## **ORDER GRANTING MOTION**

       IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

                                                               _____
                                                               U.S. District Court Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Rishi Nangia, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: May 21, 2008

Rishi Nangia
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
202.282.5000
rnangia@winston.com

{A&L-00063280-}